JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID A. WILLIAMS; SHERWOOD SECURED INCOME FUND, LLC; WFG HOLDINGS, INC.; and WILLIAMS FINANCIAL GROUP, LLC,<br><br>Defendants. | Case No. 2:09-cv-02709-JHN-JCx<br><br>**FINAL JUDGMENT AS TO DEFENDANTS DAVID A. WILLIAMS; SHERWOOD SECURED INCOME FUND, LLC; WFG HOLDINGS, INC.; AND WILLIAMS FINANCIAL GROUP, LLC** |

This matter having come before the Court on the Securities and Exchange Commission's ("Commission") Motion for Disgorgement, Prejudgment Interest, and Civil Penalties Against Defendants David A. Williams ("Williams"); Sherwood Secured Income Fund, LLC ("SSIF"); WFG Holdings, Inc. ("WFGHI"); and Williams Financial Group, LLC ("WFG LLC") (collectively "Defendants"). Defendants each previously entered a general appearance; consented to the Court's jurisdiction over each of them and the subject matter of this action; and consented to the entry of an Order of Permanent Injunction and Other Relief as to each of them, which orders were entered as to each of the Defendants. Having considered the Commission's Motion and noting that no opposition to the Motion was filed, the Court finds it appropriate to enter Final Judgment against the Defendants.

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants Williams, SSIF, WFGHI, and WFG LLC, and each of the Defendants' agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 17(a) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77q(a), by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the offer or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon a purchaser.

**II.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Williams, SSIF, WFGHI, and WFG LLC, and each of the Defendants' agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

**III.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants Williams, SSIF, WFGHI, and WFG LLC are jointly and severally liable for disgorgement of $3,397,816, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $22,343.18, for a total of $3,420,159.18. Defendants shall satisfy this obligation by paying $3,420,159.18 within 14 days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and

Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying the Defendant making the payment and identifying him/it as a Defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendants shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.  The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment.  In response to any such civil contempt motion by the Commission, Defendants may assert any legally permissible defense.

### IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants Williams, SSIF, WFGHI, and WFG LLC are jointly and severally liable for civil penalties in the amount of $3,420,159.18, pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3).  Defendants shall make this payment within 14 days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying the respective Defendant making the payment and identifying him/it as a Defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment.  Defendants shall pay post-

judgment interest on any delinquent amounts pursuant to 28 USC § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

### V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

### VI.

There being no just reason for delay, the Clerk is ordered to enter this Order forthwith and without further notice.

Dated this 29th day of July, 2010.

_____
HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

4